CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 24 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE:
KENNETH EDWARD BARBOUR

)  Civil Action No. 7:09-cv-00284
)  Civil Action No. 7:09-cv-00285
)  Civil Action No. 7:09-cv-00286
)  Civil Action No. 7:09-cv-00287
)  Civil Action No. 7:09-cv-00293
)  Civil Action No. 7:09-cv-00296
)
)  By: Hon. James C. Turk
)  Senior United States District Judge

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaints in the above-referenced civil actions are **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 24th day of July, 2009.

/s/ James C. Turk
Senior United States District Judge